# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Lee Berry ,

    Plaintiff(s),

vs.

M. Timothy Porterfield,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-311

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/1/2008 Order.

Signed: August 1, 2008

Frank G. Johns, Clerk
United States District Court