FILED: March 19, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-7857
(3:08-cv-00311-GCM)

_____

WILLIE LEE BERRY,

        Plaintiff - Appellant

v.

M. TIMOTHY PORTERFIELD,

        Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this Court, entered 2/25/09, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*